**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MCNEIL,                                    :
                          Petitioner,      :          CIVIL ACTION
                                           :
                  v.                       :          No. 04-CV-5125
                                           :
COMMONWEALTH OF PA, et al.,                :
                          Defendants.      :

## ORDER

**AND NOW,** this 16th day of August, 2005 upon consideration of the Report and

Recommendation filed by United States Magistrate Judge Timothy R. Rice, to which no Objections

have been filed, and upon careful and independent review of the petition for writ of habeas corpus,

it is hereby **ORDERED** that:

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.      The petition for a writ of habeas corpus is **DISMISSED** without prejudice.

3.      There is no probable cause to issue a certificate of appealability.

4.      The Clerk of Court shall mark this case closed for statistical purposes.


                          BY THE COURT:



                          s/

                          CLIFFORD SCOTT GREEN, S.J.